

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00098-CV

In the Interest of **N.C.H.-M.** Jr. and C.A.H.-M.

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02745
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 8, 2018.

Karen Angelini, Justice